**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**MARIO COTTO,**

**Petitioner,**

**v.** **Case No. 5:26-cv-183-AW-MAF**

**STATE OF FLORIDA,**

**Respondent.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's report and recommendation. ECF No. 4. I have also considered de novo Petitioner's objections. ECF No. 5. I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on November 4, 2026.

s/ *Allen Winsor*
Chief United States District Judge